THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STERLING CROSSLIN,

       Plaintiff,

v.

TERRY PARK,

       Defendant.

Case No. 25-CV-100-JFH-DES

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 32] of United States Magistrate D. Edward Snow recommending that Defendant Terry Park's Motion to Dismiss [Dkt. No. 9] be granted. Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, Plaintiff's claims against Defendant Park are DISMISSED without prejudice, and any other pending motions are DENIED as MOOT.

IT IS SO ORDERED this 16th day of April 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE